UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S.Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

September 16, 2011

TO COUNSEL OF RECORD

    RE: *Damon et al. v. Plumpton Park Zoological Gardens, Inc., et al.*
         Civil No. RDB-10-03067

Dear Counsel:

This will confirm the telephonic hearing conducted on this date, pursuant to Local Rule 105.6 (D. Md. 2011), with respect to the Motion to Dismiss of the Defendants (ECF#3). For the reasons stated on the record, said Motion is DENIED.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                Sincerely,

                /s/

                Richard D. Bennett
                United States District Judge

RDB/klf